## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

———————————————————

**SALLIE SMITH and PETER SMITH,**      :
Individually and as Husband and Wife      :
                                         :
                    Plaintiffs,      :      **Case No. 5:19-cv-03001-JDW**
                                         :
     v.      :
                                         :
**STATE FARM MUTUAL**      :
**AUTOMOBILE INSURANCE**      :
**COMPANY,**      :
                                         :
               Defendant.      :

———————————————————:

## ORDER

**AND NOW**, this 8th day of April, 2020, upon consideration of Plaintiffs' Motion For Partial Summary Judgment (ECF No. 12) and Defendant's Motion for Partial Summary Judgment (ECF No. 14) including all responses and attachments thereto, and for the reasons set forth in the Court's accompanying Memorandum, the Court **ORDERS** as follows:

1.    State Farm Mutual Automobile Insurance Company's Motion for Partial Summary Judgment (ECF No. 14) is **GRANTED**.

2.    Plaintiffs Sallie and Peter Smith's Motion for Partial Summary Judgment (ECF No. 12) is **DENIED.**

                                                  **BY THE COURT:**

                                                 */s/ Joshua D. Wolson*
                                                 JOSHUA D. WOLSON, J.